FILED

2018 JUN 27 PM 12: 59

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | JUDGE LIOI |
| MATTHEW WATSON, | ) | CASE NO. 4:18 CR 342 |
| Defendant. | ) | Title 18, Section 1791(a)(2), United States Code |

COUNT 1
(Possession of Contraband in Prison, in violation of 18 U.S.C. § 1791(a)(2))

The Grand Jury charges:

On or about September 21, 2016, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW WATSON an inmate of the Federal Correctional Institution Elkton in Lisbon, Ohio, knowingly possessed a prohibited object, to wit: approximately 19.04 grams of a mixture or substance containing a detectable amount of 5-fluoro-ADB, a Schedule I Substance, and FUB-AMB, a Schedule I Substance, in violation of Title 18, Section 1791(a)(2), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.