# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:18CR342 |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| vs. | : | |
| MATTHEW WATSON, | : | **DEFENDANT'S MOTION** |
| | : | **TO CONTINUE** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable court for a 45-day continuance of the sentencing hearing presently scheduled for May 9, 2019.  Defense counsel has received a request by Mr. Watson that he be evaluated by a psychologist as he believes he has mental health related issues.  Defense counsel needs additional time to meet with Mr. Watson, retain an expert, and prepare for sentencing.

For these reasons, Mr. Watson requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: edward_bryan@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

>  /s/Edward G. Bryan
> EDWARD G. BRYAN
> Assistant Federal Public Defender