# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:18CR342 |
| Plaintiff, | : | |
| | : | JUDGE SARA LIOI |
| vs. | : | |
| MATTHEW WATSON, | : | **DEFENDANT'S MOTION FOR COMPETENCY EVALUATION AND TO CONTINUE SENTENCING UNTIL IT IS DETERMINED HE IS COMPETENT** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable court for an order committing him to the Bureau of Prison for a competency evaluation pursuant to 18 U.S.C. § 4241, and to continue his sentencing until it is determined he is competent.

Undersigned counsel met with Mr. Watson on Friday, August 9, 2019. Counsel is concerned that Mr. Watson's mental health had deteriorated to the point where he can no longer participate in his sentencing hearing. Mr. Watson informed counsel that he has not been receiving adequate mental health treatment at NEOCC. He has been unable to sleep and the medication he has been given appears to be making his psychological symptoms worse.

Undersigned counsel has serious concerns about Mr. Watson's competency and requests this Court order him to be committed to the Bureau of Prison for a competency evaluation pursuant to 18 U.S.C. § 4241, and to continue his sentencing until it is determined he is competent to proceed.

For these reasons, Mr. Watson requests that the Court grant this motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: edward_bryan@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2019 a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender